UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JUAN C PARRA-INTERIAN,

                Petitioner,

v.

MIKE OBENLAND,

                Respondent.

No. 3:17-CV-05481-RBL-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

THIS MATTER is before the Court the Report and Recommendation of Magistrate Judge David W. Christel [Dkt. #44], Petitioner Parra-Interian's Objections [Dkt. # 45], and the underlying record.

(1)     The Report and Recommendation is **ADOPTED**.

(2)     Parra-Interian's federal habeas petition under 28 U.S.C. § 2254 is **DENIED**.

(3)     The Court will **NOT** issue a Certificate of Appealability under 28 U.S.C. § 2253(c)(2), for the reasons articulated in the Report and Reccomendation.

(4)     As Parra-Interian has been granted *in forma pauperis*, *in forma pauperis* may continue on appeal. *See* Rule of Appellate Procedure 24(a)(3).

IT IS SO ORDERED.

**DATED** this 8th day of May, 2019.

Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1